UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 20-cv-25138-RNS

7020 ENTERTAINMENT, LLC d/b/a
KOD MIAMI, MICHAEL COLEMAN,
BRIANA KRAVETZ, and KALA MAJORS,
             Plaintiffs,

v.

MIAMI-DADE COUNTY,
             Defendant.
_____/

## MIAMI-DADE COUNTY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS

Miami-Dade County alerts the Court to the published Eleventh Circuit opinion—issued today—in *Henderson v. McMurray*, No. 20-10879, affirming an order granting a motion to dismiss a First Amendment challenge to a Huntsville, Alabama, noise ordinance. (A copy of the slip opinion is attached as **Exhibit 1**.) *Henderson* further bolsters two arguments the County raised in the briefing on its motion to dismiss the Complaint in this matter: (1) that the Plaintiffs have failed to plead that the County's content-neutral curfew orders do not leave them with ample alternative channels of communication, and (2) that they have failed to plead that the content-neutral curfew orders are a pretext for unconstitutional viewpoint discrimination. *See* Def.'s Motion [ECF No. 18], at 14-16; Def.'s Reply [ECF No. 27], at 1-6; *cf.* Exh. 1, at 9-13.

[SIGNATURE BLOCK APPEARS ON NEXT PAGE]

Dated: February 9, 2021.

Respectfully submitted,

ABIGAIL PRICE-WILLIAMS
MIAMI-DADE COUNTY ATTORNEY

By: /s/ Zach Vosseler
    David M. Murray, Fla. Bar No. 291330
    dmmurray@miami-airport.com
    Lauren E. Morse, Fla. Bar No. 97083
    laurenm@miamidade.gov
    Angela F. Benjamin, Fla. Bar No. 15914
    abenjam@miamidade.gov
    Zach Vosseler, Fla. Bar No. 1008856
    zach@miamidade.gov
    Assistant County Attorneys

Stephen P. Clark Center
111 N.W. First Street, Suite 2810
Miami, Florida 33128
(305) 375-5151

*Counsel for Miami-Dade County*

## CERTIFICATE OF SERVICE

On February 9, 2021, I electronically filed this document with the Clerk of Court and served a copy on all counsel of record via CM/ECF.

    /s/ Zach Vosseler
    Zach Vosseler
    Assistant County Attorney